| **United States Bankruptcy Court**<br>**District of Arizona** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**DOWNS, DANE MICHAEL** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**DOWNS, DANIELLE RAE** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3858** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9767** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4225 EAST SIESTA LANE**<br>**PHOENIX, AZ**<br>ZIP Code **85050** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4225 EAST SIESTA LANE**<br>**PHOENIX, AZ**<br>ZIP Code **85050** |
| County of Residence or of the Principal Place of Business:<br>**MARICOPA** | County of Residence or of the Principal Place of Business:<br>**MARICOPA** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**DOWNS, DANE MICHAEL**<br>**DOWNS, DANIELLE RAE** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)              (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **DOWNS, DANE MICHAEL** |
| | **DOWNS, DANIELLE RAE** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DANE MICHAEL DOWNS**

Signature of Debtor  **DANE MICHAEL DOWNS**

X **/s/ DANIELLE RAE DOWNS**

Signature of Joint Debtor **DANIELLE RAE DOWNS**

Telephone Number (If not represented by attorney)

**November 27, 2009**

Date

### Signature of Attorney*

X **/s/ ALLAN D. NEWDELMAN**

Signature of Attorney for Debtor(s)

**ALLAN D. NEWDELMAN 004066**

Printed Name of Attorney for Debtor(s)

**ALLAN D. NEWDELMAN, P.C.**

Firm Name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**

Address

**602-264-4550  Fax: 602-277-0144**

Telephone Number

**November 27, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re    **DANE MICHAEL DOWNS,**
       **DANIELLE RAE DOWNS**

Case No. _____

Debtors    ,

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 688,000.00 | | |
| B - Personal Property | Yes | 4 | 21,698.43 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 979,470.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 2,609,146.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,066.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,689.80 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 709,698.43 | | |
| Total Liabilities | | | | 3,588,616.59 | |

.

# United States Bankruptcy Court
## District of Arizona

In re    **DANE MICHAEL DOWNS,**                Case No. _____

        **DANIELLE RAE DOWNS**

                                      Debtors       Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **DANE MICHAEL DOWNS,**     Case No. _____
       **DANIELLE RAE DOWNS**
                                    ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RESIDENCE**<br>**Location: 4225 EAST SIESTA LANE, PHOENIX AZ** | **FEE SIMPLE** | **C** | 270,000.00 | 356,402.50 |
| **TIMESHARE**<br>located at: **BUILDING B UNIT 209, OCEAN LANDINGS RESORT & RAQUET CLUB** | **FEE SIMPLE** | **C** | 1,000.00 | 435.00 |
| **TIMESHARE**<br>located at: **BUILDING B UNIT 122, OCEAN LANDINGS RESORT AND RAQUET CLUB** | **FEE SIMPLE** | **C** | 1,000.00 | 435.00 |
| **RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH PLACE, PHOENIX, AZ 85018** | **FEE SIMPLE** | **C** | 416,000.00 | 619,198.00 |

| | | |
|---|---|---|
| Sub-Total > | 688,000.00 | (Total of this page) |
| Total > | 688,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **DANE MICHAEL DOWNS,**  Case No. _____
     **DANIELLE RAE DOWNS**

_____ ,
                Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT W/ BANK OF AMERICA NO. 0347 | C | 0.00 |
| | | SAVINGS ACCOUNT W/ ING NO. 9901 | C | 0.01 |
| | | SAVINGS ACCOUNT W/ ING NO. 0584 | C | 0.54 |
| | | SAVINGS ACCOUTN W/ ING NO. 2467 | C | 1.38 |
| | | SAVINGS ACCOUNT W/ ING NO. 2485 | C | 1.24 |
| | | SECURITIES ACCOUNT W/ WACHOVIA NO. 7681 | C | 0.00 |
| | | HOME NATIONAL BANK CHECKING ACCT | C | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 3 BEDS & 1 HEADBOARD; 4 DRESSER; 2 NIGHTSTANDS; DINING TABLE & 6 CHAIRS; CLOTHES WASHER & DRYER; KITCHEN TABLE & 4 CHAIRS; 2 LAMPS; 5 LIVING ROOM CHAIRS; SOFA & LOVESEAT; 2 REFRIGERATORS; STOVE; 2 ROGS; 2 LARGE TVS; RADIO/ALARM CLOCK; VACUUM; STEREO W/ RECEIVER, 6 SPEAKERS, & CD PLAYER; | C | 3,165.00 |
| | | CHINA & STEMWARE; DISHES; GLASSES; SILVERWARE; MICROWAVE OVEN; VCR/DVD PLAYER; COMPUTER; PRINTER | C | 145.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MISC BOOKS | C | 50.00 |
| | | MISC PICTURES & ART OBJECTS | C | 150.00 |
| 6. Wearing apparel. | | CLOTHING OF DEBTORS | C | 250.00 |

Sub-Total >     **4,063.17**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **DANE MICHAEL DOWNS,**                      Case No. _____
          **DANIELLE RAE DOWNS**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.   Furs and jewelry. | | **WEDDING/ENGAGEMENT RINGS - $1200.00 HUSBAND'S WEDDING BAND - $150.00** | C | 1,350.00 |
| | | **1 LADY'S WATCH - $10.00 1 MAN'S WATCH - $10.00** | C | 20.00 |
| | | **MISC COSTUME JEWELRY** | C | 20.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **GOLF CLUBS & BAG** | C | 150.00 |
| | | **DRUM SET - $200.00 BASS GUITAR - $50.00** | C | 250.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **WHOLE LIFE INSURANCE POLICY W/ THRIVENT FINANCIAL - WIFE FACE VALUE: $45,000.00 CASH VALUE: $2051.08** | C | 2,051.08 |
| 10.   Annuities. Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA ACCOUNT W/ WELLS FARGO NO. 7394** | W | 1,442.09 |
| | | **IRA ACCOUNT W/ WELLS FARGO NO. 9958** | H | 1,442.09 |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% INTEREST IN "RED ROCK DOOR SYSTEMS INC" DEBTS FAR EXCEED ASSETS** | C | 0.00 |
| | | **50% INTEREST IN "EAGLE 57 LLC" HOLDS TITLE TO PROPERTY AT 13923 E. BIG HORN PKWY, FOUNTAIN HILLS, AZ; HOWEVER, A TRUSTEE SALE IS SET FOR 9-25-09 BY THE LIENHOLDER AND MAY HAVE OCCURED PRIOR TO THIS FILING** | C | 0.00 |
| | | **100% INTEREST IN "MOHAWK 120 LLC" CONTROLS PROPERTY LOCATED AT: 2610 E MOHAWK, BLDG 1, SUITE 120, PHOENIX, AZ; SUBJECT TO LIENS OF ABOUT 1.1 MILLION; PROPERTY VALUED AT $800,000.00** | C | 0.00 |

Sub-Total >      6,725.26
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re **DANE MICHAEL DOWNS,**
      **DANIELLE RAE DOWNS**

Case No. _____

                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% INTEREST IN "4008 N 34TH PLACE LLC" NO ASSETS** | **C** | **0.00** |
| | | **100% INTEREST IN "MICHAEL DANE ARCHITECTURAL PROODUCTS LLC" - NO ASSETS** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | **X** | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. Accounts receivable. | **X** | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | **X** | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | **X** | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | **X** | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | **X** | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | **X** | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | **X** | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | **X** | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **DANE MICHAEL DOWNS,**                       Case No. _____

           **DANIELLE RAE DOWNS**

_____,
                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 LEXUS IS300 67,000 MILES** | C | 10,850.00 |
| | | **2003 FORD F-250 PICK-UP COSIGNED WITH FATHER BUT DEBTORS HAVE NO EQUITABLE INTEREST FMV $6725.00** | C | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **COMPUTER DESK; FAX/COPIER** | C | 60.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 10,910.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 21,698.43 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **DANE MICHAEL DOWNS,**
**DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>RESIDENCE<br>**Location: 4225 EAST SIESTA LANE, PHOENIX AZ** | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 270,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>HOME NATIONAL BANK CHECKING ACCT | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 300.00 |
| **Household Goods and Furnishings**<br>3 BEDS & 1 HEADBOARD; 4 DRESSER; 2 NIGHTSTANDS; DINING TABLE & 6 CHAIRS; CLOTHES WASHER & DRYER; KITCHEN TABLE & 4 CHAIRS; 2 LAMPS; 5 LIVING ROOM CHAIRS; SOFA & LOVESEAT; 2 REFRIGERATORS; STOVE; 2 ROGS; 2 LARGE TVS; RADIO/ALARM CLOCK; VACUUM; STEREO W/ RECEIVER, 6 SPEAKERS, & CD PLAYER; | Ariz. Rev. Stat. § 33-1123 | 8,000.00 | 3,165.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>MISC BOOKS | Ariz. Rev. Stat. § 33-1125(5) | 50.00 | 50.00 |
| **Wearing Apparel**<br>CLOTHING OF DEBTORS | Ariz. Rev. Stat. § 33-1125(1) | 250.00 | 250.00 |
| **Furs and Jewelry**<br>WEDDING/ENGAGEMENT RINGS - $1200.00<br>HUSBAND'S WEDDING BAND - $150.00 | Ariz. Rev. Stat. § 33-1125(4) | 1,350.00 | 1,350.00 |
| 1 LADY'S WATCH - $10.00<br>1 MAN'S WATCH - $10.00 | Ariz. Rev. Stat. § 33-1125(6) | 20.00 | 20.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>DRUM SET - $200.00<br>BASS GUITAR - $50.00 | Ariz. Rev. Stat. § 33-1125(2) | 250.00 | 250.00 |
| **Interests in Insurance Policies**<br>WHOLE LIFE INSURANCE POLICY W/ THRIVENT FINANCIAL - WIFE<br>FACE VALUE: $45,000.00<br>CASH VALUE: $2051.08 | Ariz. Rev. Stat. § 33-1126A6 | 100% | 2,051.08 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>IRA ACCOUNT W/ WELLS FARGO NO. 7394 | Ariz. Rev. Stat. § 33-1126B | 100% | 1,442.09 |
| IRA ACCOUNT W/ WELLS FARGO NO. 9958 | Ariz. Rev. Stat. § 33-1126B | 100% | 1,442.09 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2004 LEXUS IS300<br>67,000 MILES | Ariz. Rev. Stat. § 33-1125(8) | 10,000.00 | 10,850.00 |
| | Total: | 175,155.26 | 291,170.26 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **DANE MICHAEL DOWNS,**
       **DANIELLE RAE DOWNS**

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **415844540000** <br><br> **M&I BANK** <br> **401 NORTH EXECUTIVE DRIVE** <br> **BROOKFIELD, WI 53005** | | C | **1ST DEED OF TRUST ON RENTAL** <br><br> **RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH PLACE, PHOENIX, AZ 85018** <br><br> Value $       **416,000.00** | | | | **57,464.00** | **0.00** |
| Account No. **4251408700001** <br><br> **M&I BANK** <br> **401 NORTH EXECUTIVE DRIVE** <br> **BROOKFIELD, WI 53005** | | C | **2ND DEED OF TRUST ON RENTAL** <br><br> **RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH PLACE, PHOENIX, AZ 85018** <br><br> Value $       **416,000.00** | | | | **46,184.00** | **0.00** |
| Account No. **416202040000** <br><br> **M&I BANK** <br> **401 NORTH EXECUTIVE DRIVE** <br> **BROOKFIELD, WI 53005** | | C | **3RD DEED OF TRUST ON RENTAL** <br><br> **RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH PLACE, PHOENIX, AZ 85018** <br><br> Value $       **416,000.00** | | | | **515,550.00** | **203,198.00** |
| Account No. **0003 9885 098 00222** <br><br> **M&I BANK LOAN SERVICING** <br> **401 N EXECUTIVE DR** <br> **BROOKFIELD, WI 53005** | | C | **2ND DEED OF TRUST - RESIDENCE** <br><br> **RESIDENCE** <br> **Location: 4225 EAST SIESTA LANE, PHOENIX AZ** <br><br> Value $       **270,000.00** | | | | **120,052.50** | **84,252.50** |

  **1**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **739,250.50** | **287,450.50** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **215018942** | | | **2008** | | | | | |
| **MARICOPA COUNTY TREASURER** **P O BOX 52133** **PHOENIX, AZ 85072** | | C | **PROPERTY TAX LIEN - RESIDENCE** **RESIDENCE** Location: **4225 EAST SIESTA LANE, PHOENIX AZ** | | | | | |
| | | | Value $ **270,000.00** | | | | **2,150.00** | **2,150.00** |
| Account No. | | | **TIMESHARE MAINTENANCE LIEN** | | | | | |
| **OCEANS LANDING RESORT** **% HARRY GREENFIELD** **335 S PLUMOSA ST, SUITE D** **MERRIT ISLAND, FL 32952** | | C | **TIMESHARE** located at: **BUILDING B UNIT 209, OCEAN LANDINGS RESORT & RAQUET CLUB** | | | | | |
| | | | Value $ **1,000.00** | | | | **435.00** | **0.00** |
| Account No. | | | **TIMESHARE MAINTENANCE LIEN** | | | | | |
| **OCEANS LANDING RESORT** **% HARRY GREENFIELD** **335 S PLUMOSA ST, SUITE D** **MERRIT ISLAND, FL 32952** | | C | **TIMESHARE** located at: **BUILDING B UNIT 122, OCEAN LANDINGS RESORT AND RAQUET CLUB** | | | | | |
| | | | Value $ **1,000.00** | | | | **435.00** | **0.00** |
| Account No. **0253851935** | | | **1ST DEED OF TRUST - RESIDENCE** | | | | | |
| **WELLS FARGO** **P O BOX 10335** **DES MOINES, IA 50306** | | C | **RESIDENCE** Location: **4225 EAST SIESTA LANE, PHOENIX AZ** | | | | | |
| | | | Value $ **270,000.00** | | | | **234,200.00** | **0.00** |
| Account No. | | | **2003 FORD F-250 PICK-UP COSIGNED WITH FATHER BUT DEBTORS HAVE NO EQUITABLE INTEREST FMV $6725.00** | | | | | |
| **WELLS FARGO FINANCE** **P O BOX 98798** **LAS VEGAS, NV 89193** | X | C | | | | | | |
| | | | Value $ **0.00** | | | | **3,000.00** | **3,000.00** |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **240,220.00** | **5,150.00** |
| Total (Report on Summary of Schedules) | **979,470.50** | **292,600.50** |

.

In re    **DANE MICHAEL DOWNS,**                       Case No. _____

         **DANIELLE RAE DOWNS**

_____ ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re     **DANE MICHAEL DOWNS,**             Case No. _____

           **DANIELLE RAE DOWNS**

                                     Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | NONE - FOR INFO ONLY | | | | | | |
| **ARIZONA DEPT OF REVENUE 1600 WEST MONROE 7TH FLOOR PHOENIX, AZ 85007** | C | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | NONE - LISTED FOR INFORMATION ONLY | | | | | | |
| **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 PHILADELPHIA, PA 19114-0326** | C | | | | | | | | 0.00 | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re   **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AL TAJEDA** <br>**4234 EAST SHEENA DRIVE** <br>**PHOENIX, AZ 85032** | X | C | **BUSINESS DEBT PERSONAL GUARANTEE** | | | | 1,354.49 |
| Account No. <br><br>**ALFONSO LARRIVA** <br>**6250 EAST CHENEY DRIVE** <br>**PHOENIX, AZ 85053** | X | C | **BUSINESS DEBT - PERSONAL GUARANTEE** | | | | 18,000.00 |
| Account No. **6882M** <br><br>**AMERICAN BUILDING SUPPLY** <br>**P O BOX 293030** <br>**SACRAMENTO, CA 95829** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | 17,763.94 |
| Account No. **3767 317434 61002** <br><br>**AMERICAN EXRESS** <br>**P O BOX 981535** <br>**EL PASO, TX 79998** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD** | | | | 2,984.77 |

  **14**   continuation sheets attached

Subtotal (Total of this page)     40,103.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            S/N:25995-091116   Best Case Bankruptcy

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3732 768703 82004** <br><br> **AMERICAN EXRESS** <br> **P O BOX 981535** <br> **EL PASO, TX 79998** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD** | | | | 17,505.81 |
| Account No. **3717 309568 81000** <br><br> **AMERICAN EXRESS** <br> **P O BOX 981535** <br> **EL PASO, TX 79998** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD** | | | | 23,823.52 |
| Account No. **3717 319549 71009** <br><br> **AMERICAN EXRESS** <br> **P O BOX 981535** <br> **EL PASO, TX 79998** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD** | | | | 3,099.22 |
| Account No. **2903510** <br><br> **ANDERSEN LOGISTICS** <br> **22238 NETWORK PLACE** <br> **CHICAGO, IL 60673** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | 57,160.19 |
| Account No. **1 39146** <br><br> **ARIZONA PROPANE** <br> **P O BOX 3629** <br> **SCOTTSDALE, AZ 85271** | | C | **NONE - LISTED FOR INFORMATION ONLY** | | | | 0.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,588.74

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ARIZONA REGISTRAR OF CONTRACTORS**<br>**800 W WASHINGTON 6TH FLOOR**<br>**PHOENIX, AZ 85007** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. <br><br>**ARIZONA STAIN WORKS**<br>**5532 W SOFTWIND DR**<br>**GLENDALE, AZ 85310** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. 45009875750 <br><br>**ARIZONA STATE CREDIT UNION**<br>**2355 WEST PINNACLE PEAK RD**<br>**PHOENIX, AZ 85027** | | C | BALANCE ON CONTRACT | | | | 28,000.00 |
| Account No. <br><br>**BAKKEN MOULDING**<br>**P O BOX 22230**<br>**MESA, AZ 85277** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 6,624.28 |
| Account No. 5490 3519 4008 8688 <br><br>**BANK OF AMERICA**<br>**P O BOX 15026**<br>**WILMINGTON, DE 19850** | | C | CREDIT CARD | | | | 18,100.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,724.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4170 0802 0015 3177** <br><br> **BANK OF AMERICA** <br> **P O BOX 15184** <br> **WILMINGTON, DE 19850** | X | C | **BUSINESS CREDIT CARD** | | | | 10,100.00 |
| Account No. **0347** <br><br> **BANK OF AMERICA** <br> **PO BOX 25118** <br> **TAMPA, FL 33622-5118** | | C | **OVERDRAWN ACCOUNT** | | | | 500.00 |
| Account No. <br><br> **BELLA BEAMS & ARCHITECTURAL PRODUCTS** <br> **825 N 73RD AVE** <br> **SUITE 144** <br> **PHOENIX, AZ 85043** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | 43,000.00 |
| Account No. **REDRO** <br><br> **CAL ROYAL PRODUCTS INC** <br> **6605 FLOTILLA ST** <br> **COMMERCE, CA 90040** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | 258.64 |
| Account No. **REDRO1** <br><br> **CANYON CUSTOM LLC** <br> **6205 N 55TH AVE** <br> **GLENDALE, AZ 85301** | X | C | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | 71,542.22 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**125,400.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **66 001099**<br><br>**CENTRAL INDIANA HARDWARE BRAVORA DIVISION 9190 CORPORATION DR INDIANAPOLIS, IN 46256** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 2,060.98 |
| Account No. **4417 1210 3122 2683**<br><br>**CHASE CARD SERVICES P O BOX 15298 WILMINGTON, DE 19850** | | C | CREDIT CARD | | | | 7,592.37 |
| Account No. **4266 8410 2471 8999**<br><br>**CHASE CARD SERVICES P O BOX 15298 WILMINGTON, DE 19850** | | C | CREDIT CARD | | | | 4,500.00 |
| Account No. **4246 3151 2566 1072**<br><br>**CHASE CARD SERVICES P O BOX 15298 WILMINGTON, DE 19850** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD | | | | 8,000.00 |
| Account No.<br><br>**CIFIAL USA P O BOX 534349 ATLANTA, GA 30353** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 3,347.04 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,500.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5424 1808 4662 8334** | | | | **CREDIT CARD** | | | | |
| **CITIBANK** **P O BOX 6000** **THE LAKES, NV 89163** | | C | | | | | | 19,081.01 |
| Account No. | | X C | | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | |
| **CLASSIC DOOR SYSTEMS** **151 REGAL ROW** **SUITE 220** **DALLAS, TX 75247** | | | | | | | | 822.00 |
| Account No. **27911** | | X C | | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | |
| **CLYDE HARDWARE** **4808 N 15TH ST** **PHOENIX, AZ 85014** | | | | | | | | 261.70 |
| Account No. | | X C | | **PERSONAL GUARANTEE ON BUSINESS DEBT** | | | | |
| **COMBO ALUMINUM PRODUCTS** **1100 N JOHNSON AVE** **EL CAJON, CA 92020** | | | | | | | | 32.12 |
| Account No. **0410 0005 5779 724** | | C | | **BALANCE ON CONTRACT** | | | | |
| **COMPASS BANK** **P O BOX 10566** **BIRMINGHAM, AL 35296** | | | | | | | | 21,824.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,020.83

In re  **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**COORITALIA** <br>**1160 INDUSTRIAL RD** <br>**SUITE 5** <br>**SAN CARLOS, CA 94060** | C | | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. **A02A6678296/AVB9012703** <br><br>**COUNTRY INSURANCE** <br>**PO BOX 2100** <br>**BLOOMINGTON, IL 61702-2100** | C | | NONE - FOR INFO ONLY | | | | 0.00 |
| Account No. **0018 5011 8402 1501** <br><br>**COX COMMUNICATIONS** <br>**P O BOX 78071** <br>**PHOENIX, AZ 85062** | C | | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. <br><br>**CREATIVE RENOVATIONS** <br>**4147 NORTH 33RD PLACE** <br>**PHOENIX, AZ 85018** | C | | BUSINESS DEBT - PERSONAL GUARANTEE | | | | 15,000.00 |
| Account No. **6011 0003 9030 8777** <br><br>**DISCOVER CARD** <br>**P O BOX 30421** <br>**SALT LAKE CITY, UT 84130** | C | | CREDIT CARD | | | | 10,955.61 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,955.61**

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RED** <br><br> **DKS STEEL DOOR & FRAME SYSTEMS** <br> **2142 TUBEWAY AVE** <br> **CITY OF COMMERCE, CA 90040** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 947.10 |
| Account No. <br><br> **DOORS IN MOTION** <br> **16035 N 80TH STREET** <br> **SUITE C** <br> **SCOTTSDALE, AZ 85260** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 2,461.25 |
| Account No. 13407572 <br><br> **DS WATERS OF AMERICA** <br> **DBA SPARKLETTS** <br> **P O BOX 660579** <br> **DALLAS, TX 75266** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. 00 0084705 <br><br> **EMTEK PRODUCTS INC** <br> **15250 E STAFFORD ST** <br> **CITY OF INDUSTRY, CA 91744** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 14,461.25 |
| Account No. <br><br> **FRIEDMAN CORPORATION** <br> **DEALER SOFTWARE SOLUTION DIVISION** <br> **ONE PARKWAY NORTH, SUITE 400S** <br> **DEERFIELD, IL 60015** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,869.60

In re **DANE MICHAEL DOWNS,**
　　**DANIELLE RAE DOWNS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6035 3202 9341 7778** | | | | | CREDIT CARD | | | | |
| **HOME DEPOT CREDIT SERVICES** **P O BOX 689100** **DES MOINES, IA 50368** | | C | | | | | | | 5,000.00 |
| Account No. | | | | | LOAN | | | | |
| **JAMES AND CAROLE SIMPSON** **16665 NORTH BOXCAR DRIVE** **FOUNTAIN HILLS, AZ 85268** | | C | | | | | | | 3,500.00 |
| Account No. | | | | | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | |
| **JC BUCK SMITH** **3707 E SOUTHERN AVE** **SUITE 2008** **MESA, AZ 85206** | X | C | | | | | | | 8,103.29 |
| Account No. **034367** | | | | | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | |
| **JELD-WEN MARKETING SUPPORT** **P O BOX 1329** **3737 LAKEPORT BLVD** **KLAMATH FALLAS, OR 97601** | X | C | | | | | | | 1,556.28 |
| Account No. | | | | | LOAN | | | | |
| **JOHN DOWNS** **2010 WEST BOULDER COURT** **CHANDLER, AZ 85248** | | C | | | | | | | 5,000.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　23,159.57

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5140 2180 2158 0608** <br><br>**JUNIPER CARD SERVICES** <br>**P O BOX 8802** <br>**WILMINGTON, DE 19899** | | C | CREDIT CARD | | | | 4,632.24 |
| Account No. **5140 2180 2158 1036** <br><br>**JUNIPER CARD SERVICES** <br>**P O BOX 8802** <br>**WILMINGTON, DE 19899** | | C | CREDIT CARD | | | | 3,600.41 |
| Account No. **2905489 / 20183** <br><br>**KARCHER DESIGN - BESCHLAGE** <br>**RALFFEISENSTRABE 32** <br>**74906 BAD RAPPENAU** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 504.00 |
| Account No. <br><br>**LUMBER PRODUCTS** <br>**19855 SW 124TH AVENUE** <br>**TUALATIN, OR 97062** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 14,000.00 |
| Account No. **00004197712** <br><br>**M&I BANK** <br>**401 N EXECUTIVE DR** <br>**BROOKFIELD, WI 53005** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | X | | | 786,594.00 |

Sheet no. **9** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**809,330.65**

In re **DANE MICHAEL DOWNS,**
 **DANIELLE RAE DOWNS**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **4807 1200 1364 1751** | | | | | PERSONAL GUARANTEE ON BUSINESS DEBT - CREDIT CARD | | | | |
| **M&I BANK** **P O BOX 1111** **MADISON, WI 53701** | X | C | | | | | | | 13,129.07 |
| Account No. | | | | | PERSONAL GUARANTEE ON BUSINESS DEBT - VARIOUS LOANS | | | | |
| **M&I BANK** **P O BOX 3114** **MILWAUKEE, WI 53201** | X | C | | | | | | | 293,575.00 |
| Account No. | | | | | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | |
| **MERCURY GLASS CO** **1430 N 17TH AVE** **PHOENIX, AZ 85007** | X | C | | | | | | | 640.13 |
| Account No. | | | | | LOAN | | | | |
| **MICHAEL AND DEBORAH DOWNS** **18920 NORTH 43RD WAY** **PHOENIX, AZ 85050** | | C | | | | | | | 21,000.00 |
| Account No. | | | | | LOAN | | | | |
| **MIKAEL AND BRITTANI ABE** **18908 NORTH 43RD WAY** **PHOENIX, AZ 85050** | | C | | | | | | | 34,500.00 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

362,844.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **075118**<br><br>**MILGARD WINDOWS**<br>**2550 N NEVADA ST**<br>**CHANDLER, AZ 85225** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 8,397.21 |
| Account No. **REDROC**<br><br>**MOULDING AND MILLWORK INC**<br>**8313 W LATHAM ST**<br>**SUITE A**<br>**TOLLESON, AZ 85353** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 7,740.07 |
| Account No. **21611**<br><br>**PEMKO MANUFACTURING CO**<br>**4226 TRANSPORT ST**<br>**VENTURA, CA 93003** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 597.62 |
| Account No.<br><br>**PHOENIX MOULDING LLC**<br>**2536 E MADISON ST**<br>**PHOENIX, AZ 85034** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 30,030.84 |
| Account No. **50504299**<br><br>**PROTECTION ONE**<br>**P O BOX 49292**<br>**WICHITA, KS 67201** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,765.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS,**
     **DANIELLE RAE DOWNS**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4806090880** <br><br>**RAPID REFILL INK** <br>**15090 N NORTHSIGHT BLVD** <br>**SUITE 101** <br>**SCOTTSDALE, AZ 85260** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. <br><br>**REMAR CONSTRUCTION** <br>**2407 EAST ROSE GARDEN LAND** <br>**PHOENIX, AZ 85050** | X | C | BUSINESS DEBT - PERSONAL GUARANTEE | | | | 0.00 |
| Account No. <br><br>**SCOTT AND KIM DANKWORTH** <br>**16688 NORTH 109TH WAY** <br>**SCOTTSDALE, AZ 85255** | | C | LOAN | | | | 8,000.00 |
| Account No. <br><br>**SHAWN WRIGHT** <br>**5818 EAST LEITH LANE** <br>**PHOENIX, AZ 85254** | X | C | BUSINESS DEBT | | | | 150.00 |
| Account No. **065 281 586** <br><br>**SHELL FLEET PLUS** <br>**P O BOX 68081** <br>**DES MOINES, IA 50368** | X | C | BUSINESS DEBT - CREDIT CARD | | | | 2,525.21 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,675.21

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

In re **DANE MICHAEL DOWNS,**
        **DANIELLE RAE DOWNS**
                                            Case No. _____

_____ ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SUN VALLEY BRONZE**<br>**706 S MAIN ST**<br>**BELLEVUE, ID 83313** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | 5,872.07 |
| Account No. **18071563**<br><br>**TEMECULA VALLEY BANK / SBA**<br>**27710 JEFFERSON AVE**<br>**SUITE A100**<br>**TEMECULA, CA 92590** | X | C | PERSONAL GUARANTEE ON BUSINESS DEBT - COMMERCIAL BUILDING | X | | | 830,959.00 |
| Account No.<br><br>**THE CONSTRUCTION ZONE**<br>**1729 EAST OSBORN ROAD**<br>**PHOENIX, AZ 85016** | X | C | BUSINESS DEBT - PERSONAL GUARANTEE | | | | 2,000.00 |
| Account No.<br><br>**THE UPS STORE**<br>**20235 N CAVE CREEK RD**<br>**SUITE 104**<br>**PHOENIX, AZ 85024** | | C | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No.<br><br>**THOMAS AND LYNETTE BORMAN**<br>**7829 EAST FOXMORE LANE**<br>**SCOTTSDALE, AZ 85258** | | C | LOAN | | | | 13,000.00 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **851,831.07**

In re **DANE MICHAEL DOWNS,**
　　　**DANIELLE RAE DOWNS**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | |
| **TIMBERSTONE BUILDERS** **3411 NORTH 16TH STREET** **SUITE 2113** **PHOENIX, AZ 85016** | X | C | | | | | | 14,000.00 |
| Account No. | | | | PERSONAL GUARANTEE ON BUSINESS DEBT | | | | |
| **TRUSTILE DOORS** **1716 E 66TH AVE** **DENVER, CO 80229** | X | C | | | | | | 46,376.14 |
| Account No. | | | | BUSINESS DEBT - PERSONAL GUARANTEE | | | | |
| **WESCO INSURANCE COMPANY** **PO BOX 31330** **CLEVELAND, OH 44131-0480** | X | C | | | | | | 13,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　73,376.14

Total
(Report on Summary of Schedules)　　2,609,146.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **DANE MICHAEL DOWNS,**
       **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**    _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| DON SCHATZ<br>4147 N 33RD PLACE<br>PHOENIX, AZ 85018 | M&I BANK<br>401 N EXECUTIVE DR<br>BROOKFIELD, WI 53005 |
| EAGLE 57 LLC | M&I BANK<br>401 N EXECUTIVE DR<br>BROOKFIELD, WI 53005 |
| MARVIN LA VASSEUR<br>5332 E VERDE<br>PHOENIX, AZ 85018 | M&I BANK<br>401 N EXECUTIVE DR<br>BROOKFIELD, WI 53005 |
| MOHAWK 120 LLC | TEMECULA VALLEY BANK / SBA<br>27710 JEFFERSON AVE<br>SUITE A100<br>TEMECULA, CA 92590 |
| RED ROCK DOOR SYSTEMS | JELD-WEN MARKETING SUPPORT<br>P O BOX 1329<br>3737 LAKEPORT BLVD<br>KLAMATH FALLAS, OR 97601 |
| RED ROCK DOOR SYSTEMS | TRUSTILE DOORS<br>1716 E 66TH AVE<br>DENVER, CO 80229 |
| RED ROCK DOOR SYSTEMS | SHELL FLEET PLUS<br>P O BOX 68081<br>DES MOINES, IA 50368 |
| RED ROCK DOOR SYSTEMS | SUN VALLEY BRONZE<br>706 S MAIN ST<br>BELLEVUE, ID 83313 |
| RED ROCK DOOR SYSTEMS | EMTEK PRODUCTS INC<br>15250 E STAFFORD ST<br>CITY OF INDUSTRY, CA 91744 |
| RED ROCK DOOR SYSTEMS | MILGARD WINDOWS<br>2550 N NEVADA ST<br>CHANDLER, AZ 85225 |
| RED ROCK DOOR SYSTEMS | PEMKO MANUFACTURING CO<br>4226 TRANSPORT ST<br>VENTURA, CA 93003 |

**3**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **DANE MICHAEL DOWNS,**
    **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RED ROCK DOOR SYSTEMS** | **MOULDING AND MILLWORK INC**<br>**8313 W LATHAM ST**<br>**SUITE A**<br>**TOLLESON, AZ 85353** |
| **RED ROCK DOOR SYSTEMS** | **COMBO ALUMINUM PRODUCTS**<br>**1100 N JOHNSON AVE**<br>**EL CAJON, CA 92020** |
| **RED ROCK DOOR SYSTEMS** | **DKS STEEL DOOR & FRAME SYSTEMS**<br>**2142 TUBEWAY AVE**<br>**CITY OF COMMERCE, CA 90040** |
| **RED ROCK DOOR SYSTEMS** | **DOORS IN MOTION**<br>**16035 N 80TH STREET**<br>**SUITE C**<br>**SCOTTSDALE, AZ 85260** |
| **RED ROCK DOOR SYSTEMS** | **CAL ROYAL PRODUCTS INC**<br>**6605 FLOTILLA ST**<br>**COMMERCE, CA 90040** |
| **RED ROCK DOOR SYSTEMS** | **CIFIAL USA**<br>**P O BOX 534349**<br>**ATLANTA, GA 30353** |
| **RED ROCK DOOR SYSTEMS** | **CLASSIC DOOR SYSTEMS**<br>**151 REGAL ROW**<br>**SUITE 220**<br>**DALLAS, TX 75247** |
| **RED ROCK DOOR SYSTEMS** | **CLYDE HARDWARE**<br>**4808 N 15TH ST**<br>**PHOENIX, AZ 85014** |
| **RED ROCK DOOR SYSTEMS** | **KARCHER DESIGN - BESCHLAGE**<br>**RALFFEISENSTRABE 32**<br>**74906 BAD RAPPENAU** |
| **RED ROCK DOOR SYSTEMS** | **MERCURY GLASS CO**<br>**1430 N 17TH AVE**<br>**PHOENIX, AZ 85007** |
| **RED ROCK DOOR SYSTEMS** | **BANK OF AMERICA**<br>**P O BOX 15184**<br>**WILMINGTON, DE 19850** |
| **RED ROCK DOOR SYSTEMS** | **CHASE CARD SERVICES**<br>**P O BOX 15298**<br>**WILMINGTON, DE 19850** |

Sheet  __1__  of  __3__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **DANE MICHAEL DOWNS,**                                        Case No. _____
         **DANIELLE RAE DOWNS**

Debtors ,

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RED ROCK DOOR SYSTEMS** | **AMERICAN EXRESS**<br>P O BOX 981535<br>EL PASO, TX 79998 |
| **RED ROCK DOOR SYSTEMS** | **AMERICAN EXRESS**<br>P O BOX 981535<br>EL PASO, TX 79998 |
| **RED ROCK DOOR SYSTEMS** | **AMERICAN EXRESS**<br>P O BOX 981535<br>EL PASO, TX 79998 |
| **RED ROCK DOOR SYSTEMS** | **AMERICAN EXRESS**<br>P O BOX 981535<br>EL PASO, TX 79998 |
| **RED ROCK DOOR SYSTEMS** | **M&I BANK**<br>P O BOX 1111<br>MADISON, WI 53701 |
| **RED ROCK DOOR SYSTEMS** | **CANYON CUSTOM LLC**<br>6205 N 55TH AVE<br>GLENDALE, AZ 85301 |
| **RED ROCK DOOR SYSTEMS** | **PHOENIX MOULDING LLC**<br>2536 E MADISON ST<br>PHOENIX, AZ 85034 |
| **RED ROCK DOOR SYSTEMS** | **AMERICAN BUILDING SUPPLY**<br>P O BOX 293030<br>SACRAMENTO, CA 95829 |
| **RED ROCK DOOR SYSTEMS** | **ANDERSEN LOGISTICS**<br>22238 NETWORK PLACE<br>CHICAGO, IL 60673 |
| **RED ROCK DOOR SYSTEMS** | **BAKKEN MOULDING**<br>P O BOX 22230<br>MESA, AZ 85277 |
| **RED ROCK DOOR SYSTEMS** | **BELLA BEAMS & ARCHITECTURAL PRODUCTS**<br>825 N 73RD AVE<br>SUITE 144<br>PHOENIX, AZ 85043 |
| **RED ROCK DOOR SYSTEMS** | **CENTRAL INDIANA HARDWARE**<br>BRAVORA DIVISION<br>9190 CORPORATION DR<br>INDIANAPOLIS, IN 46256 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re    **DANE MICHAEL DOWNS,**
         **DANIELLE RAE DOWNS**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RED ROCK DOOR SYSTEMS** | **JC BUCK SMITH**<br>**3707 E SOUTHERN AVE**<br>**SUITE 2008**<br>**MESA, AZ 85206** |
| **RED ROCK DOOR SYSTEMS** | **M&I BANK**<br>**P O BOX 3114**<br>**MILWAUKEE, WI 53201** |
| **RED ROCK DOOR SYSTEMS** | **LUMBER PRODUCTS**<br>**19855 SW 124TH AVENUE**<br>**TUALATIN, OR 97062** |
| **RED ROCK DOOR SYSTEMS** | **TIMBERSTONE BUILDERS**<br>**3411 NORTH 16TH STREET**<br>**SUITE 2113**<br>**PHOENIX, AZ 85016** |
| **RED ROCK DOOR SYSTEMS** | **REMAR CONSTRUCTION**<br>**2407 EAST ROSE GARDEN LAND**<br>**PHOENIX, AZ 85050** |
| **RED ROCK DOOR SYSTEMS** | **AL TAJEDA**<br>**4234 EAST SHEENA DRIVE**<br>**PHOENIX, AZ 85032** |
| **RED ROCK DOOR SYSTEMS** | **THE CONSTRUCTION ZONE**<br>**1729 EAST OSBORN ROAD**<br>**PHOENIX, AZ 85016** |
| **RED ROCK DOOR SYSTEMS** | **ALFONSO LARRIVA**<br>**6250 EAST CHENEY DRIVE**<br>**PHOENIX, AZ 85053** |
| **RED ROCK DOOR SYSTEMS** | **SHAWN WRIGHT**<br>**5818 EAST LEITH LANE**<br>**PHOENIX, AZ 85254** |
| **RED ROCK DOOR SYSTEMS** | **WESCO INSURANCE COMPANY**<br>**PO BOX 31330**<br>**CLEVELAND, OH 44131-0480** |
| **TALAL ASHEK**<br>**1974 E TODD DRIVE**<br>**TEMPE, AZ 85283** | **M&I BANK**<br>**401 N EXECUTIVE DR**<br>**BROOKFIELD, WI 53005** |
| **THOMAS BORMAN** | **WELLS FARGO FINANCE**<br>**P O BOX 98798**<br>**LAS VEGAS, NV 89193** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **DANE MICHAEL DOWNS**
      **DANIELLE RAE DOWNS**
                                    Case No. _____

                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **DAUGHTER** **SON** | AGE(S): **4** **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **PURCHASING AGENT** |
| Name of Employer | **UNEMPLOYED** | **CABLE SHOPPING NETWORK** |
| How long employed | | **6 MONTHS** |
| Address of Employer | | **15945 N 76TH ST** **SCOTTSDALE, AZ 85260** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 3,336.41 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 3,336.41 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 255.25 |
| b. Insurance | $ | 0.00 | $ | 15.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 270.25 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 3,066.16 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 3,066.16 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 3,066.16 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **HUSBAND IS CURRENTLY SEEKING FULL TIME EMPLOYMENT**

In re **DANE MICHAEL DOWNS**
    **DANIELLE RAE DOWNS**               Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,220.00 |
|   a. Are real estate taxes included?    Yes ___   No **X** | | |
|   b. Is property insurance included?    Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 178.00 |
|         b. Water and sewer | | $ 65.00 |
|         c. Telephone | | $ 0.00 |
|         d. Other   **See Detailed Expense Attachment** | | $ 224.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 900.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | | $ 48.00 |
|         b. Life | | $ 0.00 |
|         c. Health | | $ 374.00 |
|         d. Auto | | $ 125.80 |
|         e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   **REAL ESTATE TAXES** | | $ 180.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | | $ 0.00 |
|         b. Other   **2ND MORTGAGE** | | $ 500.00 |
|         c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **MISC & CONTINGENCY** | | $ 75.00 |
|     Other   **PRIVATE SCHOOL TUITION** | | $ 400.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,689.80 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
  **NONE**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | | $ 3,066.16 |
| b.  Average monthly expenses from Line 18 above | | $ 4,689.80 |
| c.  Monthly net income (a. minus b.) | | $ -1,623.64 |

In re   **DANE MICHAEL DOWNS**
**DANIELLE RAE DOWNS**               Case No. _____

                               Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **PHONE & INTERNET** | $ | **70.00** |
| **CELLULAR PHONE** | $ | **50.00** |
| **CABLE** | $ | **104.00** |
| **Total Other Utility Expenditures** | $ | **224.00** |

# United States Bankruptcy Court
## District of Arizona

In re   **DANE MICHAEL DOWNS**
     **DANIELLE RAE DOWNS**

                                        Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **35**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 27, 2009**

Signature   **/s/ DANE MICHAEL DOWNS**
               **DANE MICHAEL DOWNS**
               Debtor

Date  **November 27, 2009**

Signature   **/s/ DANIELLE RAE DOWNS**
               **DANIELLE RAE DOWNS**
               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re **DANE MICHAEL DOWNS**
**DANIELLE RAE DOWNS**

Debtor(s)

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 - WAGES TO DATE - HUSBAND (NONE) |
| $19,025.00 | 2009 - WAGES TO DATE - WIFE |
| $-320,753.00 | 2008 - ADJUSTED JOINT INCOME |
| $119,298.00 | 2007 - ADJUSTED GROSS JOINT INCOME |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **M&I BANK** | **PAYMENTS ON FORECLOSED PROPERTY** | **$1,700.00** | **$515,550.00** |
| **WELLS FARGO P O BOX 10335 DES MOINES, IA 50306** | **RESIDENTIAL MORTGAGE PAYMENTS OVER LAST 90 DAYS** | **$1,219.79** | **$234,200.00** |
| **M&I BANK LOAN SERVICING 401 N EXECUTIVE DR BROOKFIELD, WI 53005** | **RESIDENTIAL MORTGAGE PAYMENTS OVER LAST 90 DAYS** | **$1,718.50** | **$120,052.50** |

None ■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CANYON CUSTOM LLC vs RED ROCK DOOR SYSTEMS AND DANE & DANIELLE DOWNS CASE NO. CV2009-052344 | BREACH OF CONTRACT | MARICOPA COUNTY SUPERIOR COURT; STATE OF ARIZONA | PENDING |
| PHOENIX MOULDING LLC vs RED ROCK DOOR SYSTEMS AND DANE DOWNS CASE NO. CV2009-024327 | BREACH OF CONTRACT | MARICOPA COUNTY SUPERIOR COURT; STATE OF ARIZONA | PENDING |
| M&I BANK vs RED ROCK DOOR SYSTEMS INC ET AL CASE NO. CV2009-021112 | BREACH OF CONTRACT | MARICOPA COUNTY SUPERIOR COURT; STATE OF ARIZONA | PENDING |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| COMPASS BANK P O BOX 10566 BIRMINGHAM, AL 35296 | JULY 29, 2009 | REPOSSESSED 2007 HONDA CIVI; FMV $15,000.00 |
| ARIZONA STATE CREDIT UNION | NOVEMBER 2, 2009 | 2007 DODGE RAM SURRENDERED TO LIEN HOLDER, FMV $22,000.00 |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **ALLAN D. NEWDELMAN, P.C. 80 EAST COLUMBUS AVENUE PHOENIX, AZ 85012** | **SEPTEMBER 2009** | **$3,000.00 LEGAL FEES $299.00 FILING FEE** |
| **IN CHARGE** | **9/10/09** | **$30.00** |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **DONALD SCHATZ** **NONE** | | **SOLD A 1995 GMC TRUCK THAT IS TITLED TO RED ROCK DOOR SYSTEMS AND DANE DOWNS FOR $4,500.00; THE TRUCK WAS PURCHASED BY RED ROCK IN 2005 - DEBTOR HAD NO EQUITABLE INTEREST** |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **BANK OF AMERICA** | **UTMA ACCOUNTS FOR 2 MINOR CHILDREN; FMV $100.14** | **BANK** |

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **RED ROCK DOOR SYSTEMS INC** | | **2610 E MOHAWK LANE SUITE 120 PHOENIX, AZ 85050** | **RETAIL SALES OF DOORS, WINDOWS, TRIM AND ARCHITECTURAL PRODUCTS** | **11-14-2002 TO PRESENT (BUT CEASED OPERATION JULY 2009)** |
| **MOHAWK 120 LLC** | | **4225 E SIESTA LANE PHOENIX, AZ 85050** | **REAL ESTATE HOLDING COMPANY** | **AUGUST 2006 TO PRESENT** |
| **EAGLE 57 LLC** | | **4225 E SIESTA LANE PHOENIX, AZ 85050** | **REAL ESTATE HOLDING COMPANY** | **NOVEMBER 2006 TO PRESENT** |
| **4008 N 34TH PLACE LLC** | | | **REAL ESTATE HOLDING COMPANY** | **AUGUST 2006 TO PRESENT (BUT NEVER OPERATED)** |
| **MICHAEL DANE ARCHITECTURAL PRODUCTS LLC** | | | **SALES OF ARCHITECTURAL PRODUCTS** | **FEBRUARY 2009 TO PRESENT (BUT NEVER OPERATED)** |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **THE FOCUS GROUP** | **NOVEMBER 2002 TO MARCH 2004** |
| **MICHAEL LEIBOW FINANCIAL SERVICES** | **MARCH 2004 TO JANUARY 2008** |
| **NATHAN J FISH CPA** | **JANUARY 2008 TO DECEMBER 2008** |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **DANE & DANIELLE DOWNS** | |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS          DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS         NATURE OF INTEREST         PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS         TITLE         NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME         ADDRESS         DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS         TITLE         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR         DATE AND PURPOSE
OF WITHDRAWAL         AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **November 27, 2009**        Signature    **/s/ DANE MICHAEL DOWNS**

                                                    **DANE MICHAEL DOWNS**

                                                    Debtor

Date **November 27, 2009**        Signature    **/s/ DANIELLE RAE DOWNS**

                                                    **DANIELLE RAE DOWNS**

                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re  **DANE MICHAEL DOWNS**
**DANIELLE RAE DOWNS**

                         Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**M&I BANK** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH**<br>**PLACE, PHOENIX, AZ 85018** |
|---|---|

Property will be (check one):
- ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt        ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**M&I BANK** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH**<br>**PLACE, PHOENIX, AZ 85018** |
|---|---|

Property will be (check one):
- ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt        ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**M&I BANK** | **Describe Property Securing Debt:**<br>**RENTAL PROPERTY LOCATED AT 4008 NORTH 34TH PLACE, PHOENIX, AZ 85018** |

Property will be (check one):

■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

□ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**M&I BANK LOAN SERVICING** | **Describe Property Securing Debt:**<br>**RESIDENCE**<br>**Location: 4225 EAST SIESTA LANE, PHOENIX AZ** |

Property will be (check one):

□ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- ■ Other. Explain **WILL CONTINUE TO SERVICE THE LOAN OR ATTEMPT LOAN MODIFICATION** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt        □ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**MARICOPA COUNTY TREASURER** | **Describe Property Securing Debt:**<br>**RESIDENCE**<br>**Location: 4225 EAST SIESTA LANE, PHOENIX AZ** |

Property will be (check one):

□ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- ■ Other. Explain **WILL CURE AND MAINTIAN PROPERTY TAXES** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt        □ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**OCEANS LANDING RESORT** | **Describe Property Securing Debt:**<br>**TIMESHARE**<br>**located at:  BUILDING B UNIT 209, OCEAN LANDINGS**<br>**RESORT & RAQUET CLUB** |

Property will be (check one):
  ■ Surrendered                         □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**OCEANS LANDING RESORT** | **Describe Property Securing Debt:**<br>**TIMESHARE**<br>**located at:  BUILDING B UNIT 122, OCEAN LANDINGS**<br>**RESORT AND RAQUET CLUB** |

Property will be (check one):
  ■ Surrendered                         □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                         ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO** | **Describe Property Securing Debt:**<br>**RESIDENCE**<br>**Location: 4225 EAST SIESTA LANE, PHOENIX AZ** |

Property will be (check one):
  □ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  ■ Other.  Explain  **WILL CONTINUE TO SERVICE THE LOAN OR ATTEMPT LOAN MODIFICATION**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                         □ Not claimed as exempt

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**WELLS FARGO FINANCE** | **Describe Property Securing Debt:**<br>**2003 FORD F-250 PICK-UP**<br>**COSIGNED WITH FATHER BUT DEBTORS HAVE NO**<br>**EQUITABLE INTEREST**<br>**FMV $6725.00** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **November 27, 2009** _____          Signature   **/s/ DANE MICHAEL DOWNS** _____
                                                                      **DANE MICHAEL DOWNS**
                                                                      Debtor

Date **November 27, 2009** _____          Signature   **/s/ DANIELLE RAE DOWNS** _____
                                                                      **DANIELLE RAE DOWNS**
                                                                      Joint Debtor

# United States Bankruptcy Court
## District of Arizona

In re   **DANE MICHAEL DOWNS**
      **DANIELLE RAE DOWNS**                  Case No. _____

                                    Debtor(s)        Chapter    **7** _____

# DECLARATION

    We, **DANE MICHAEL DOWNS and DANIELLE RAE DOWNS** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of   **8**   sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **November 27, 2009**         **/s/ DANE MICHAEL DOWNS**
                                    **DANE MICHAEL DOWNS**
                                    Signature of Debtor

Date:   **November 27, 2009**         **/s/ DANIELLE RAE DOWNS**
                                    **DANIELLE RAE DOWNS**
                                    Signature of Debtor

Date:   **November 27, 2009**         **/s/ ALLAN D. NEWDELMAN**
                                    Signature of Attorney
                                    **ALLAN D. NEWDELMAN**
                                    **ALLAN D. NEWDELMAN, P.C.**
                                    **80 EAST COLUMBUS AVENUE**
                                    **PHOENIX, AZ 85012**
                                    **602-264-4550   Fax: 602-277-0144**

MML-5

DOWNS, DANE and DANIELLE -

AL TAJEDA
4234 EAST SHEENA DRIVE
PHOENIX AZ 85032

ALFONSO LARRIVA
6250 EAST CHENEY DRIVE
PHOENIX AZ 85053

AMERICAN BUILDING SUPPLY
P O BOX 293030
SACRAMENTO CA 95829

AMERICAN EXRESS
P O BOX 981535
EL PASO TX 79998

ANDERSEN LOGISTICS
22238 NETWORK PLACE
CHICAGO IL 60673

ARIZONA DEPT OF REVENUE
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ 85007

ARIZONA PROPANE
P O BOX 3629
SCOTTSDALE AZ 85271

ARIZONA REGISTRAR OF CONTRACTORS
800 W WASHINGTON 6TH FLOOR
PHOENIX AZ 85007

ARIZONA STAIN WORKS
5532 W SOFTWIND DR
GLENDALE AZ 85310

ARIZONA STATE CREDIT UNION
2355 WEST PINNACLE PEAK RD
PHOENIX AZ 85027

BAKKEN MOULDING
P O BOX 22230
MESA AZ 85277

DOWNS, DANE and DANIELLE -

BANK OF AMERICA
P O BOX 15026
WILMINGTON DE 19850

BANK OF AMERICA
P O BOX 15184
WILMINGTON DE 19850

BANK OF AMERICA
PO BOX 25118
TAMPA FL 33622-5118

BELLA BEAMS & ARCHITECTURAL PRODUCTS
825 N 73RD AVE
SUITE 144
PHOENIX AZ 85043

BIEHL & BIEHL INC
P O BOX 87410
CAROL STREAM IL 60188

CAL ROYAL PRODUCTS INC
6605 FLOTILLA ST
COMMERCE CA 90040

CANYON CUSTOM LLC
6205 N 55TH AVE
GLENDALE AZ 85301

CENTRAL INDIANA HARDWARE
BRAVORA DIVISION
9190 CORPORATION DR
INDIANAPOLIS IN 46256

CHASE CARD SERVICES
P O BOX 15298
WILMINGTON DE 19850

CIFIAL USA
P O BOX 534349
ATLANTA GA 30353

CITIBANK
P O BOX 6000
THE LAKES NV 89163

DOWNS, DANE and DANIELLE -


CLASSIC DOOR SYSTEMS
151 REGAL ROW
SUITE 220
DALLAS TX 75247


CLYDE HARDWARE
4808 N 15TH ST
PHOENIX AZ 85014


COFACE COLLECTIONS NA
P O BOX 8510
METAIRIE LA 70011


COFACE COLLECTIONS NA
P O BOX 8510
METAIRRE LA 70011


COLLECTION BUREAU OF AMERICA
P O BOX 5013
HAYWARD CA 94540


COMBO ALUMINUM PRODUCTS
1100 N JOHNSON AVE
EL CAJON CA 92020


COMPASS BANK
P O BOX 10566
BIRMINGHAM AL 35296


COORITALIA
1160 INDUSTRIAL RD
SUITE 5
SAN CARLOS CA 94060


COUNTRY INSURANCE
PO BOX 2100
BLOOMINGTON IL 61702-2100


COX COMMUNICATIONS
P O BOX 78071
PHOENIX AZ 85062


CREATIVE RENOVATIONS
4147 NORTH 33RD PLACE
PHOENIX AZ 85018

DOWNS, DANE and DANIELLE -


DISCOVER CARD
P O BOX 30421
SALT LAKE CITY UT 84130


DKS STEEL DOOR & FRAME SYSTEMS
2142 TUBEWAY AVE
CITY OF COMMERCE CA 90040


DON SCHATZ
4147 N 33RD PLACE
PHOENIX AZ 85018


DOORS IN MOTION
16035 N 80TH STREET
SUITE C
SCOTTSDALE AZ 85260


DS WATERS OF AMERICA
DBA SPARKLETTS
P O BOX 660579
DALLAS TX 75266


EMTEK PRODUCTS INC
15250 E STAFFORD ST
CITY OF INDUSTRY CA 91744


FRIEDMAN CORPORATION
DEALER SOFTWARE SOLUTION DIVISION
ONE PARKWAY NORTH, SUITE 400S
DEERFIELD IL 60015


HL HASTINGS
% SANDERS AND DOUGLLAS
120 S HOUGHTON RD, #138-257
TUCSON AZ 85748


HOME DEPOT CREDIT SERVICES
P O BOX 689100
DES MOINES IA 50368


HR CONSULTANTS
P O BOX 571718
TARZANA CA 91357

DOWNS, DANE and DANIELLE -


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


JAMES AND CAROLE SIMPSON
16665 NORTH BOXCAR DRIVE
FOUNTAIN HILLS AZ 85268


JC BUCK SMITH
3707 E SOUTHERN AVE
SUITE 2008
MESA AZ 85206


JELD-WEN MARKETING SUPPORT
P O BOX 1329
3737 LAKEPORT BLVD
KLAMATH FALLAS OR 97601


JENNINGS STROUSS & SALMON PLC
201 E WASHINGTON ST, 11TH FLOOR
PHOENIX AZ 85004


JOHN DOWNS
2010 WEST BOULDER COURT
CHANDLER AZ 85248


JUNIPER CARD SERVICES
P O BOX 8802
WILMINGTON DE 19899


KARCHER DESIGN - BESCHLAGE
RALFFEISENSTRABE 32
74906 BAD RAPPENAU


LUMBER PRODUCTS
19855 SW 124TH AVENUE
TUALATIN OR 97062


M&I BANK
P O BOX 1111
MADISON WI 53701

DOWNS, DANE and DANIELLE -


M&I BANK
P O BOX 3114
MILWAUKEE WI 53201


M&I BANK
401 NORTH EXECUTIVE DRIVE
BROOKFIELD WI 53005


M&I BANK LOAN SERVICING
401 N EXECUTIVE DR
BROOKFIELD WI 53005


MARICOPA COUNTY TREASURER
P O BOX 52133
PHOENIX AZ 85072


MARVIN LA VASSEUR
5332 E VERDE
PHOENIX AZ 85018


MERCURY GLASS CO
1430 N 17TH AVE
PHOENIX AZ 85007


MICHAEL AND DEBORAH DOWNS
18920 NORTH 43RD WAY
PHOENIX AZ 85050


MIKAEL AND BRITTANI ABE
18908 NORTH 43RD WAY
PHOENIX AZ 85050


MILGARD WINDOWS
2550 N NEVADA ST
CHANDLER AZ 85225


MOULDING AND MILLWORK INC
8313 W LATHAM ST
SUITE A
TOLLESON AZ 85353


OCEANS LANDING RESORT
% HARRY GREENFIELD
335 S PLUMOSA ST, SUITE D
MERRIT ISLAND FL 32952

DOWNS, DANE and DANIELLE -


PAUL HARTER
1599 E ORANGEWOOD AVE
SUITE 125
PHOENIX AZ 85020


PEMKO MANUFACTURING CO
4226 TRANSPORT ST
VENTURA CA 93003


PHOENIX MOULDING LLC
2536 E MADISON ST
PHOENIX AZ 85034


PROTECTION ONE
P O BOX 49292
WICHITA KS 67201


RAPID REFILL INK
15090 N NORTHSIGHT BLVD
SUITE 101
SCOTTSDALE AZ 85260


REMAR CONSTRUCTION
2407 EAST ROSE GARDEN LAND
PHOENIX AZ 85050


SCOTT AND KIM DANKWORTH
16688 NORTH 109TH WAY
SCOTTSDALE AZ 85255


SHAWN WRIGHT
5818 EAST LEITH LANE
PHOENIX AZ 85254


SHELL FLEET PLUS
P O BOX 68081
DES MOINES IA 50368


SUN VALLEY BRONZE
706 S MAIN ST
BELLEVUE ID 83313


TALAL ASHEK
1974 E TODD DRIVE
TEMPE AZ 85283

DOWNS, DANE and DANIELLE -


TEMECULA VALLEY BANK / SBA
27710 JEFFERSON AVE
SUITE A100
TEMECULA CA 92590


THE CONSTRUCTION ZONE
1729 EAST OSBORN ROAD
PHOENIX AZ 85016


THE UPS STORE
20235 N CAVE CREEK RD
SUITE 104
PHOENIX AZ 85024


THOMAS AND LYNETTE BORMAN
7829 EAST FOXMORE LANE
SCOTTSDALE AZ 85258


THOMAS BORMAN


TIMBERSTONE BUILDERS
3411 NORTH 16TH STREET
SUITE 2113
PHOENIX AZ 85016


TRUSTILE DOORS
1716 E 66TH AVE
DENVER CO 80229


WELLS FARGO
P O BOX 10335
DES MOINES IA 50306


WELLS FARGO FINANCE
P O BOX 98798
LAS VEGAS NV 89193


WESCO INSURANCE COMPANY
PO BOX 31330
CLEVELAND OH 44131-0480

In re **DANE MICHAEL DOWNS**
**DANIELLE RAE DOWNS**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐ I remain on active duty /or/<br>☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$</td><td>$</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $</td><td>Spouse $</td></tr></table> | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>$</td><td>$</td></tr><tr><td>b.</td><td>$</td><td>$</td></tr></table>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:                          b. Enter debtor's household size: | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a.　　　　　　　　　　　　$<br>b.　　　　　　　　　　　　$<br>c.　　　　　　　　　　　　$<br>d.　　　　　　　　　　　　$<br>Total and enter on Line 17　　　　　　　　　　$ | | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Housing and Utilities Standards; mortgage/rental expense</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net mortgage/rental expense</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: _____ | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|  | <table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a.</td></tr></table> | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|----|----|----|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 19-32</b></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
|----|----|----|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |

| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:   **November 27, 2009**      Signature:  **/s/ DANE MICHAEL DOWNS**<br>                                                 **DANE MICHAEL DOWNS**<br>                                                 *(Debtor)*<br><br>Date:   **November 27, 2009**      Signature  **/s/ DANIELLE RAE DOWNS**<br>                                                 **DANIELLE RAE DOWNS**<br>                                            *(Joint Debtor, if any)* |