UST-31, 3/03

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DOWNS, DANE MICHAEL | ) | Case No. 09-31178-PHX SSC |
| DOWNS, DANIELLE RAE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

DALE D ULRICH, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | MERCURY GLASS CO<br>1430 N 17TH AVE<br>PHOENIX, AZ 85007 | $0.46 |
| 12 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $3.53 |
| 13 | ARIZONA STATE CREDIT UNION<br>2355 WEST PINNACLE PEAK RD<br>PHOENIX, AZ 85027 | $4.28 |
| 15 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.22 |
| 18 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $2.29 |
| | TOTAL | $12.78 |

| | |
|---|---|
| February 21, 2011 | /s/ DALE D ULRICH |
| DATE | DALE D ULRICH, TRUSTEE |